Leonard C. Herr, #081896
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for Defendants, CITY OF VISALIA and JAMES CLEEK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KADE BATCHELOR, a MINOR, by and through his Guardian ad Litem, WENDY BATCHELOR,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF VISALIA, JAMES CLEEK, VISALIA UNIFIED SCHOOL DISTRICT, EMILY RODRIGUEZ and DOES 1 to 90, Inclusive,<br><br>          Defendants. | Case No.: 1:15-CV-01907-AWI-EPG<br><br>**DEFENDANT CITY OF VISALIA'S NOTICE OF CONFLICT AND ORDER GRANTING REQUEST TO ATTEND HEARING TELEPHONICALLY**<br><br>Date:  September 23, 2016<br>Time:  10:00 a.m.<br>Ctrm:  10, 6th Floor |

City of Visalia and Visalia Police Officer James Cleek's defense counsel, Leonard C. Herr, is currently scheduled to attend a Mandatory Settlement Conference in the case of *Arrieta, et al., v. County of Kern, et al.,* United States District Court Case No. 1:14-cv-00400-LJO-JLT on September 23, 2016 at 9:30 a.m., in the Bakersfield Division of the United States District Court.  [Doc. #77] Defense counsel's attendance at the *Arrieta* Mandatory Settlement Conference is required given his involvement in discovery and his role as trial counsel. [Doc. #78]

On that same date at the hour of 10:00 a.m., the hearing on Plaintiff Kade Batchelor's Petition for Minor's Compromise is scheduled to take place in

-1-

**DEFENDANT CITY OF VISALIA'S NOTICE OF CONFLICT
AND [PROPOSED] ORDER GRANTING REQUEST TO ATTEND HEARING TELEPHONICALLY**

connection with the above-entitled matter in the Fresno Division of the United States District Court.

Defense counsel has no objection or opposition to Plaintiff Kade Batchelor's Petition for Minor's Compromise being granted in this case.

Given this conflict, defense counsel, Leonard C. Herr, hereby requests permission to participate at the hearing on Plaintiff's Petition for Minor's Compromise by telephone.

DATED: August 30, 2016     HERR PEDERSEN & BERGLUND LLP


By:   /s/ Leonard C. Herr
      LEONARD C. HERR
      Attorneys for Defendants
      CITY OF VISALIA and
      JAMES CLEEK


## ORDER

The Court, having reviewed the Notice of Conflict and Request to Attend Hearing Telephonically submitted above, and good cause having been shown thereby, hereby orders that Leonard C. Herr, counsel for Defendants, City of Visalia and Visalia Police Officer James Cleek, may attend the hearing on Plaintiff Kade Batchelor's Petition for Minor's Compromise scheduled for September 23, 2016, at 10:00 a.m., telephonically. To appear telephonically, please dial 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:  **August 31, 2016**          /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**DEFENDANT CITY OF VISALIA'S NOTICE OF CONFLICT
AND [PROPOSED] ORDER GRANTING REQUEST TO ATTEND HEARING TELEPHONICALLY**

1
2
3
4  F:\Client Files\Visalia, City of, 700\705-00 POLICE DEPARTMENT\705-01  Patrol\705-01-029 Batchelor v. COV\Pleadings\Federal Court\Notice of Conflict and Request to Attend Hearing Telephonically.doc
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HERR PEDERSEN
& BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**DEFENDANT CITY OF VISALIA'S NOTICE OF CONFLICT
AND [PROPOSED] ORDER GRANTING REQUEST TO ATTEND HEARING TELEPHONICALLY**