# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.B., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, WENDY BATCHELOR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　　　Defendants. | Case No. 1:15-cv-01907-AWI-EPG<br><br>ORDER PERMITTING WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT |

On July 22, 2020, certain parties submitted a Joint Status Report (ECF No. 30), which the Court has reviewed.

///

///

///

///

///

///

///

1   It is HEREBY ORDERED that:

2   Kade M. Batchelor ("Batchelor") is authorized to withdraw any and all funds and the depository is ordered to allow the Batchelor to withdraw any and all funds, upon presentation of a copy of this order, and upon satisfactory presentation of identification verifying Batchelor's date of birth to be February 27, 2002, from the following account:

Name and Title on the Account: Kade Mitchell Batchelor

Depository: EECU, P.O. Box 5242, Fresno, CA 93755

Last 4 Number of Account Number: XXXX3374

IT IS SO ORDERED.

Dated: **July 23, 2020**          /s/ *Erica P. Grosjean*
                                  UNITED STATES MAGISTRATE JUDGE